IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| WAYNE EUGENE DAVIS, JR. and | )   Case No. 08-61041-abf7 |
| VANELLE LEA SMITH-DAVIS, | ) |
| | ) |
| Debtor(s). | ) |

## MOTION FOR ORDER TO DEPOSIT FUNDS INTO COURT REGISTRY

COMES NOW Dan Nelson, Trustee in Bankruptcy, and moves the Court for an

Order to deposit funds into the Court Registry as follows:

1.      It appears that there is on deposit in The Bank of New York Mellon to the

credit of the above-captioned estate, the sum of $1,682.21, which is the sum of two (2)

checks to unsecured creditors from the final distribution of said cause as follows:

| Claim No. | Creditor/Address | Total to be Paid |
|---|---|---|
| 3-1 | Laclede County Collector<br>200 North Adams<br>Lebanon, MO  65536 | $1,578.03 |
| 3I-1 | Laclede County Collector<br>200 North Adams<br>Lebanon, MO  65536 | 104.18 |
| | **Total:** | **$1,682.21** |

WHEREFORE, the Trustee requests an Order of the Court to deposit funds into

the Court Registry as listed above.

/s/ Dan Nelson
Dan Nelson, Trustee
PO Box 4288
Springfield, MO 65808-4288
(417) 886-2000 FAX 886-9126

17318607v1